IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-217-CR




EX PARTE: KIRK WAYNE McBRIDE,



 APPELLANT



 

 



FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT



NO. CR90-029, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING


 





PER CURIAM

 This is an appeal from an order denying relief on appellant's pretrial writ of habeas
corpus. Tex. R. App. P. 44. Appellant has filed a proper motion to withdraw notice of appeal. 
Tex. R. App. P. 59(b). The motion is granted.

 The appeal is dismissed.



[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed on Appellant's Motion

Filed: June 23, 1993

[Do Not Publish]